Bevin Allen Pike (SBN 221936)
Bevin.Pike@capstonelawyers.com
Orlando Villalba (SBN 232165)
Orlando.Villalba@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Sherice Duncan

Adam Y. Siegel (SBN 238568)
Adam.Siegel@jacksonlewis.com
Carmen M. Miranda (SBN 271276)
Carmen.Miranda@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
(213) 689-0404 - Office
(213) 689-0430 – Fax

Attorneys for Defendant
CLAIRE'S BOUTIQUES, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERICE DUNCAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLAIRE'S BOUTIQUES, INC., a Colorado corporation,<br><br>Defendants. | Case No.: 2:20-cv-05266-JFW-PJWx<br><br>[The Honorable John F. Walter, Courtroom 7A]<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND**<br><br>Complaint Filed:  April 21, 2020<br>Case Removed:    June 12, 2020 |

Based on the Parties' stipulation and good cause appearing therefore, the Court orders this matter shall be remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: November 2, 2020

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE